971 A.2d 1124

DEPARTMENT OF CORRECTIONS and Department of Public Welfare, Respondent

v.

PENNSYLVANIA STATE CORRECTIONS OFFICERS ASSOCIATION, Petitioner.

Supreme Court of Pennsylvania.

May 15, 2009.

## *ORDER*

PER CURIAM.

**AND NOW,** this 15th day of May, 2009, following reconsideration, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, rephrased for clarity, is:

(1) Whether the decision of the Commonwealth Court is in accord with the provisions of Section 805 of the Public Employee Relations Act, Act of July 23, 1970, P.L. 563, No. 195, 43 P.S. § 1101.805.